Eugene P. Ramirez (State Bar No. 134865)
   *epr@manningllp.com*
Kayleigh A. Andersen (State Bar No. 306442)
   *kaa@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE, TIMOTHY QUICK, JONATHAN VANDERWIELEN, ASHLEY BARKER, DEIDRE VICKERS, and JOSE AYALA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JESSE DUNIVIN, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, a municipal corporation; TIMOTHY QUICK, individually and in his official capacity as a Sheriff's deputy for the Riverside County Sheriff's Department; JONATHAN VANDERWIELEN, individually and in his official capacity as a deputy for the Riverside County Sheriff's Department; ASHLEY BARKER, individually and in her official capacity as a deputy for the Riverside County Sheriff's Department; DEIDRE RITTER, individually and in her official capacity as a sergeant for the Riverside County Sheriff's Department; JOSE AYALA, individually and in his official capacity as a sergeant for the Riverside County Sheriff's Department; and DOES 1 through 50, inclusive, individually, and in their official capacity as agents for the County of Riverside and the Riverside County Sheriff's Department,<br><br>      Defendants. | Case No. 5:21-CV-00040-JGB-DTB<br><br>*[Assigned to the Honorable District Judge Jesus G. Bernal, Magistrate Judge, David T. Bristow]*<br><br>**NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE ACTION**<br><br>Trial Date:      06/26/24 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

PLEASE TAKE NOTICE in accordance with L.R. 16-15.7 and L.R. 40-2 that the parties have entered into a full and complete settlement of this action, which is subject to approval by the Riverside County Board of Supervisors.

The settlement is between the Plaintiff JESS DUNIVIN ("Plaintiff") and Defendants COUNTY OF RIVERSIDE, TIMOTHY QUICK, JONATHAN VANDERWIELEN, ASHLEY BARKER, DEIDRE VICKERS, and JOSE AYALA ("Defendants"), by and through their respective attorneys of record. Plaintiff agrees to execute a mutually agreeable release of all claims, as against Defendants.

Upon finalization of the settlement, the entire case and all defendants shall be dismissed with prejudice. Finalization is expected to occur within 60 days. The parties intend to file a Stipulation for Dismissal of Entire Action with Prejudice pursuant to the approved settlement of this matter within 14 days of receipt of the settlement funds.

Thus, the parties request that all hearing dates be vacated and that all proceedings be stayed pending finalization of the settlement.

It is respectfully requested that the Court maintain jurisdiction over this matter and set an Order to Show Cause Re: Dismissal of Entire Action, in sixty (60) days from now, allowing time for the settlement to be finalized and the Stipulation of Dismissal to be filed.

///
///
///
///
///
///
///

| | |
|---|---|
| DATED: June 21, 2024 | **MANNING & KASS**<br>**ELLROD, RAMIREZ, TRESTER LLP** |
| | By: */s/ Kayleigh A. Andersen*<br>Eugene P. Ramirez<br>Attorneys for Defendants, COUNTY OF RIVERSIDE, TIMOTHY QUICK, JONATHAN VANDERWIELEN, ASHLEY BARKER, DEIDRE VICKERS, and JOSE AYALA |
| DATED: June 21, 2024 | **THE LAW OFFICES OF JOHN L. BURRIS** |
| | By: */s/ DeWitt M. Lacy*<br>DeWITT M. LACY<br>JOHN L. BURRIS<br>JULIA N. QUESADA<br>LENA P. ANDREWS<br>Attorneys for Plaintiff,<br>Jesse Dunivin |