**THE LAW OFFICES OF JOHN L. BURRIS**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com

**THE LAW OFFICES OF JOHN L. BURRIS**
DeWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
LENA P. ANDREWS, Esq. (SBN 342471)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
dewitt@bncllaw.com
julia.quesada@bncllaw.com
lena.andrews@bncllaw.com

Attorneys for Plaintiff
Jesse Dunivin

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE DUNIVIN, an individual,,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, a municipal corporation; TIMOTHY QUICK, individually and in his official capacity as a Sheriff's deputy for the Riverside County Sheriff's Department; JONATHAN VANDERWIELEN, individually and in his official capacity as a deputy for the Riverside County Sheriff's Department; MAXIE BARKER, individually and in her official capacity as a deputy for the RiversideCounty Sheriff's | Case No.: 5:21-cv-00040-JGB-DTB<br><br>*(District Judge Jesus G. Bernal; Magistrate Judge David T. Bristow)*<br><br>**STIPULATION AND JOINT REQUEST TO DISMISS ENTIRE ACTION** |

Department; DEIDRE RITTER, individually and in her official capacity as a sergeant for the Riverside County Sheriff's Department; JOSE AYALA, individually and in his official capacity as a sergeant for the Riverside County Sheriff's Department; HARRY COHEN, individually and in his official capacity as a sergeant for the Riverside County Sheriff's Department; and DOES 1 through 50, inclusive, individually, and in their official capacity as agents for the County of Riverside and the Riverside County Sheriff's Department,,

                Defendants.

**TO THE HONORABLE COURT:**

      PLEASE TAKE NOTICE that in accordance with L.R. 16-15.7 and L.R. 40-2, the Parties have reached a settlement of this entire action for a specified amount. The settlement is between Plaintiff JESSE DUNIVIN and Defendant COUNTY OF RIVERSIDE, by and through their attorneys of record.

### **STIPULATION FOR DISMISSAL**

      1.    Plaintiff and Defendants, collectively, hereby stipulate to and respectfully request this Court dismiss with prejudice the above-entitled action in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1) as the conditional settlement between the parties has been finalized and all funds distributed.

      2.    The Parties further stipulate that each party shall bear their own fees and costs.

      3.    [Signature Attestation.] Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), the undersigned hereby certify that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that

each has obtained authorization from each party's counsel to affix their electronic signatures to this document.

IT IS SO STIPULATED.

Dated: September 26, 2024     **THE LAW OFFICES OF JOHN L. BURRIS**

By: /s/ *Lena Andrews*
DeWITT M. LACY
JOHN L. BURRIS
JULIA N. QUESADA
LENA P. ANDREWS
Attorneys for Plaintiff,
Jesse Dunivin

Dated:  September 26, 2024     **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ *Kayleigh Andersen*
Eugene P. Ramirez, Esq.
Kayleigh Andersen, Esq.
Attorneys for Defendant, COUNTY OF RIVERSIDE, TIMOTHY QUICK, JONATHAN VANDERWIELEN, ASHLEY BARKER, DEIDRE RITTER, JOSE AYALA

### ELECTRONIC CASE FILING ATTESTATION

I, Lena P. Andrews, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this e-filed document or have been authorized by counsel to sow their signature on this document as /s/.

Dated: September 26, 2024     By: /s/ *Lena Andrews*